IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:12CR3086 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GALILEO M. AGUILAR-VASQUEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 27) is granted.

2. Defendant Galileo M. Aguilar-Vasquez's sentencing is continued to Monday, October 22, 2012, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of October, 2012.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge